## `UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Lawrence R. Burfitt, II,

    Plaintiff,

       v.                            Case No.   1:18cv260

C/O M. Erving, *et al.*,                   Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on October 30, 2018 (Doc. 22).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.   *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).   No objections to the Magistrate Judge's R&R (Doc. 22) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 22) of the Magistrate Judge is hereby **ADOPTED.**   The Motion for Leave to File a Supplemental Complaint (Doc. 10) is **DENIED**.

    **IT IS SO ORDERED.**

                                    *s/Michael R. Barrett*
                                  Michael R. Barrett, Judge
                                  United States District Court